# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2020

160374

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MILTON LEE LEMONS,
        Defendant-Appellant.

_____/

SC: 160374
COA: 348277
Wayne CC: 06-004818-FC

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

      On order of the Court, the application for leave to appeal the July 22, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2020



p0520

Clerk